

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00672-CR

### EX PARTE KEITH YARBROUGH

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2015W0344
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order of extradition is AFFIRMED.

SIGNED April 20, 2016.

_____
Jason Pulliam, Justice